USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
SCOTT MATTHEW TRISCHLER

CRIMINAL NUMBER

1:19 CR 00024

**FILED**
APR 22 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Scott Matthew Trischler, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Indiana in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: March 22, 2019 at 11:00 a.m.

*(Signature)*
(Defendant)

*(Witness)*
Robert W. Gevers, III
(Counsel for Defendants)

*(Signature)*
(Assistant United States Attorney)

I hereby attest and certify on 4/12/19 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

Approved

*(Signature)* Thomas Kirsch II by TW
United States Attorney for the
Northern District of
Indiana

*(Signature)*
United States Attorney for the
Eastern District of
California