UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**FILED**
19 APR 22 PM 12: 56

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

April 12, 2019

Clerk of the Court
USDC–Northern Indiana
1300 South Harrison Street, Room 1108
Fort Wayne, IN 46802

RE:      USA vs. SCOTT MATTHEW TRISCHLER
USDC No.:    1:19−CR−00024−LJO−SKO

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated April 08, 2019, transmitted herewith are the following documents:

**Electronic Documents: 1 to 9**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/  C. Marrujo
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                              *(Print Name)*

NEW CASE NUMBER: _____

U.S. District Court
Eastern District of California - Live System (Fresno)
CRIMINAL DOCKET FOR CASE #: 1:19-cr-00024-LJO-SKO All Defendants

Case title: USA v. Trischler
Magistrate judge case number: 1:19-mj-00022-SKO

Date Filed: 02/14/2019
Date Terminated: 04/08/2019

Assigned to: Chief Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Sheila K. Oberto

### Defendant (1)

**Scott Matthew Trischler**
*TERMINATED: 04/08/2019*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2251.F Sexual Exploitation of a Minor and Attempt (1) | Rule 20 Out Transferred to the Northern District of Indiana |
| 18:2422.F Enticement and Attempt (2) | Rule 20 Out Transferred to the Northern District of Indiana |
| 18:2252.F Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (3) | Rule 20 Out Transferred to the Northern District of Indiana |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2252(a)(2) - Receipt of Child Pornography | Rule 20 Out Transferred to the Northern District of Indiana |

**Plaintiff**
**USA**

represented by **Fresno Forfeiture Unit**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4000
Email: usacae.ecffrsfor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

I hereby attest and certify on 4/12/19 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
MARIANNE MATHERLY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

David Gappa
United States Attorney
Fresno Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4020
Fax: (559) 497-4099
Email: David.Gappa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2019 | 1 | CRIMINAL COMPLAINT as to Scott Matthew Trischler (1). (Martin-Gill, S) [1:19-mj-00022-SKO] (Entered: 01/29/2019) |
| 02/14/2019 | 3 | INDICTMENT as to Scott Matthew Trischler (1) count(s) 1, 2, 3. (Attachment: # 1 True Bill) (Marrujo, C). (Entered: 02/14/2019) |
| 02/19/2019 | 5 | ARREST WARRANT RETURNED Unexecuted as to Scott Matthew Trischler. Superseding Warrant filed. (Lundstrom, T) (Entered: 02/19/2019) |
| 02/21/2019 | 6 | STIPULATION and PROPOSED ORDER for Protective Order by USA. (Gappa, David) (Entered: 02/21/2019) |
| 02/22/2019 | 7 | STIPULATION and ORDER BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION AND PROTECTIVE ORDER, signed by Magistrate Judge Sheila K. Oberto on 2/22/2019. (Kusamura, W) (Entered: 02/22/2019) |
| 04/08/2019 | 8 | NOTICE *Consent to Transfer of Case For Plea and Sentence* by USA. (Gappa, David) (Entered: 04/08/2019) |
| 04/08/2019 | 9 | CONSENT to TRANSFER JURISDICTION Rule 20 Out to Northern District of Indiana Counts closed as to Scott Matthew Trischler (1) Count 1,2,3. (Marrujo, C) (Entered: 04/12/2019) |
| 04/12/2019 | 10 | TRANSMITTAL of DOCUMENTS re 9 Rule 20/21 - Transfer Out on *4/8/2019* to * Clerk of the Court* *USDC-Northern Indiana* *1300 South Harrison Street, Room 1108* *Fort Wayne, IN 46802*. *Electronic Documents: 1 to 9 * (Marrujo, C) (Entered: 04/12/2019) |