AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
JAN 28 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
v. )
) Case No.
SCOTT MATTHEW TRISCHLER )
) 1:19 MJ 0 0 0 2 2 SKO
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 2017 - June 2018  in the county of  Madera  in the
Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code (USC), Section 2252(a)(2) | Receipt of Child Pornography |
| Title 18, USC, Section 2251(a) | Sexual Exploitation of a Minor |
| Title 18, USC, Section 2252(a)(4) | Possession of Child Pornography |
| Title 18, USC, Section 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit (which is incorporated by this reference) from FBI Special Agent India Jones.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

India R. Jones, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 28, 2019

_____
*Judge's signature*

City and state:  Fresno, California   Honorable Sheila K. Oberto - U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AGAINST SCOTT MATTHEW TRISCHLER

I, India Jones, being duly sworn, hereby depose and state as follows:

1. I have been employed as a special agent of the Federal Bureau of Investigation (FBI) since April 2011, and I am currently assigned to the Sacramento Division, Fresno Resident Agency. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to a child exploitation task force, wherein my duties and responsibilities include investigating criminal violations relating to the sexual exploitation of children (SEOC). I have investigated SEOC violations since 2012 and have gained expertise in these types of investigations through training at the FBI Academy, as well as the National Crimes Against Children Conference, while employed with Child Protective Services in Texas, and everyday work relating to these types of investigations. In addition, I have received specialized training in the investigation and enforcement of federal

1

child pornography laws in which computers are used as the means for producing, transmitting, collecting and storing child pornography. To advance my knowledge and experience in these types of investigations, I attended a one-week training specializing in investigations involving the use of peer-to-peer software.

2. This affidavit supports a criminal complaint against Scott Matthew Trischler for violating the following federal statutes:

   a. 18 U.S.C. § 2251(a) which prohibits an individual from employing, using, persuading, inducing, enticing, or coercing any minor to engage in . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

   b. 18 U.S.C. § 2252(a)(2) which prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of a minor engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. The statute also prohibits knowingly reproducing any visual depiction of any minor engaging in sexually explicit conduct for

2

distribution in interstate or foreign commerce by any means, including by computer or the mail.

c. 18 U.S.C. § 2252(a)(4) which prohibits possessing one or more books, magazines, periodicals, films, or other matter which contains a visual depiction of a minor engaged in sexually explicit conduct that has been transported in interstate or foreign commerce, or that was produced using materials that had traveled in interstate or foreign commerce.

d. 18 U.S.C. § 2422(b) which prohibits a person using the mail or any facility or means of interstate or foreign commerce . . . to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in . . . any sexual activity for which any person can be charged with a criminal offense.

3. The information contained in this affidavit is based upon my personal observations, training and experience, and information related to me by other law enforcement officers and/or agents.

4. On January 12, 2018, A.O., a woman residing in Madera County, California, contacted the Public Access Line

to report the sexual exploitation of a 13 year-old female residing in Friant, California. According to information contained within the report, Scott Trischler, of Fort Wayne, Indiana had been communicating with 13 year-old female E.G. of Friant, California. A.O. observed on E.G.'s computer tablet that Trischler had sent E.G. pictures of his penis and images of him ejaculating on his stomach. E.G., in turn, sent Trischler pictures of her breasts and vagina. Additionally, Trischler and E.G. discussed sexual things they wanted to do to one another.

5. On February 1, 2018, I spoke with Detective Manuel Chavez, Madera County Sheriff's Office regarding this matter. Detective Chavez confirmed that he was currently working on an investigation and had previously obtained E.G.'s Galaxy tablet. At the time, the Madera County Sheriff's Office had not yet conducted a forensic examination of the tablet. E.G's mother, K.G., provided consent to search the tablet.

6. On February 2, 2018, I met with Detective Chavez and obtained E.G.'s tablet, a white Samsung tablet (S/N R52HA1B1RNB). In addition to conducting a live preview of the tablet, a more complete forensic examination was also conducted. I observed through the live preview numerous Kik message exchanges between user "Dan Graal" and "M****". Kik

4

is a company based in Canada that provides a platform through which users with an account can exchange text messages as well as picture files. Based on a review of the communications, I believed "Dan Graal" to be Scott Trischler and "M****" to be E.G. In one of the communications, "M****" asked "Dan Graal" "Hows Anna?" Annalise or Anna has been identified as Trischler's daughter. Also, in one of the messages, "Dan Graal" sent a picture of Anna, who I know to be Trischler's daughter based on social media queries. I also identified in the communications that "M****" confirmed her age as 13.

7. On 2/7/2018, I met with K.G., mother of E.G., and spoke with her regarding the allegations. During the interview, K.G. advised that at some time in September 2017 she had observed E.G. was very engrossed in her tablet and was constantly smirking. As such, K.G. confiscated E.G.'s tablet and began reviewing its content. K.G. observed messages between E.G. and Trischler, which seemed friendly and innocent. In fact, the two referred to each other as brother and sister. One message that alarmed K.G. was Trischler describing to E.G. how sex felt better without a condom, which is how he ended up with a 4 year-old daughter.

8. Around that same time E.G. confirmed to K.G. that she knew how old Trischler was. E.G. indicated to K.G. that she initially advised Trischler that she was 16 years old. K.G. then made E.G. get back on her tablet and advise Trischler that she was only 13 years old, which she did. Even after Trischler learned of E.G.'s true age, he continued to communicate with her on various social media or gaming platforms.

9. On February 9, 2018, a forensic interview of E.G. was conducted. During that interview, she advised she met Trischler approximately one and one half years prior, when she was approximately 12 years old. E.G. confirmed Trischler's age as 23. The two initially met on a game called Graal, eventually moving their communications to Kik, the online social media/chatting application. The two also communicated on Skype, TextNow, and Google Hangouts. E.G. would also use her school-issued Google Chromebook laptop computer to communicate with Trischler while at school.

10. A driver's license photograph of Trischler was presented to E.G. and she positively identified him. Furthermore, E.G. confirmed that she had, in fact, exchanged sexually explicit images with Trischler.

11. On February 9, 2018, I met with the Principal for Spring Valley School, which E.G. attended. School officials gave me access to E.G.'s laptop computer where I was able to review Skype messages between E.G. and Trischler, after having previously obtained consent from E.G. and K.G. to access the account. In the communications I observed the two telling one another they loved each other in addition to engaging in flirtatious behaviors. Some of the communications became sexual in nature.

12. On February 9, 2018, during a review of a forensic report conducted on E.G.'s cellular phone, a Samsung Galaxy S5, previously provided to me by K.G., I identified a phone number stored in E.G.'s phone as "Matthew", Scott's middle name. There were multiple text message exchanges between E.G. and "Matthew" between December 26, 2017, and December 31, 2017, and one attempted phone call on December 31, 2017.

13. On February 12, 2018, I logged into E.G.'s Skype account and reviewed the message exchanges. During the conversations, the two discuss the risks they are both taking. Below is an excerpt of part of their conversation on January 29, 2018:

> Trischler (T): This just seems bleh She really is making it hard for us

E.G.: I know.

T: It feels impossible to hide.

E.G.: I don't know what to do I feel useless. I love you so much. I have been waiting so long for this moment. Where I can be yours.

T: I don't want you once. I want you forever.

E.G.: me too. But I hate myself for not telling you that.

T: You taking a big risk too

E.G. maybe even bigger then you.

T: I guess I face jail time n maybe an offender status, then being alienated by the rest of my family

14. On March 23, 2018, I received search warrant results from Google after having previously served a search warrant on March 6, 2018. I reviewed e-mail exchanges between E.G. and Trischler. In their communications, not only do the two profess their love for one another, but the two discuss Trischler getting a fake phone number with a Fresno or 559 area code in order to communicate with E.G. They also discuss a cover story and creating a high school persona for Trischler in case their communications are discovered. Also identified was an image of a left hand gripping an erect penis, believed to be that of Trischler. Also observed was an image of a white female taking a selfie

style photograph, exposing her bare breasts. I believed this picture to be that of E.G.

15. On March 20, 2018, FBI law enforcement personnel conducted surveillance at Trischler's residence at 1730 W. Till Road, Fort Wayne, Indiana. FBI identified Trischler during surveillance and confirmed his residence at this location.

16. On March 29, 2018, a search warrant was executed at Trischler's residence in Fort Wayne, Indiana at which time numerous items were seized. During that search warrant execution, Trischler was interviewed by FBI law enforcement personnel. Trischler admitted to having met E.G. on a game called Graal. Trischler advised that in December 2017 their friendship escalated into a more romantic relationship. Trischler and E.G. role played sexual encounters on Skype and Google Hangouts. He knew E.G's true age in December 2017 when their relationship escalated, confirming E.G's age at the time of the interview was 14 years old. Trischler further admitted that the two exchanged nude photographs, some of which he saved on his phone prior to moving them to his desktop computer. He received photos of E.G's breasts and vagina.

17. On March 23, 2018, I served a search warrant on Skype for accounts belonging to both Trischler and E.G. I

9

received those results on April 10, 2018. During a review of message exchanges between Trischler and E.G. I identified numerous calls and message exchanges between the two dating back to August 20, 2017. On December 6, 2017, E.G. advises "I am almost 14" to which Trischler responded "Still a little girl". On December 7, 2017, the two discuss Trischler sending E.G. $10.00. Trischler states "Yuh. U can count it as ur xmas gift. Same paypal?" He also asked "It's the same paypal I sent last 2 times right?" and E.G. confirms the e-mail address for Trischler.

18. In October 2018, I began conducting reviews of forensic examinations conducted on numerous devices belonging to Trischler. I identified several communications between Trischler and what appears to be juvenile females. While there appeared to be no sexual content exchanged, of note is that one message dated March 17, 2018, between Trischler's Graal account and Graal user C.N. stated the following:

    C.N: 13 years old now

    T: LOL u wish u were older than ur sister

    C.N: I'm turning 9 dis year but I'm 8

    T: I want A******* to be as smart as u at 8 years old.

The previous sentence is referencing Trischler's daughter. Also identified on one of the devices were numerous images

10

and videos depicting E.G. engaging in sexually explicit conduct, to include masturbation. In one of the videos, E.G. can be heard whispering "Scott fuck me hard give me all your fucking babies". This is the same type of language that has been observed in chat sessions between E.G. and Trischler in various chatting applications.

19. On October 30, 2018, The FBI conducted a secondary forensic interview of E.G. During that interview E.G. was presented with sanitized screen captures of some of the sexually explicit videos identified on Trischler's Samsung Galaxy S9. She identified and confirmed that she was, in fact, the girl seen in the images. E.G. advised she never performed or did anything "live" for Trischler; however, E.G. sent videos to Trischler on both Kik and Google Hangouts, and Trischler sent her sexually explicit material using those same methods.

20. On the basis of the information contained in this affidavit, it is my belief that there is probable cause to conclude that Scott Matthew Trischler has committed violations of 18 U.S.C. § § §2251(a), 2252(a)(2), 2252(a)(4), and 2422(b).

21. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a

criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the United States that the information above in paragraphs 1-29 is true and correct.

*[signature]*

India Jones, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,
This __28th__ day of January 2019.

*[signature]*

Honorable Sheila K. Oberto
United States Magistrate Judge