McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

FEB 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19 CR 00024 LJO SKO |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation Of A Minor And Attempt; 18 U.S.C. § 2422(b) – Enticement And Attempt; 18 U.S.C. § 2252(a)(2) – Receipt Of A Visual Depiction Of A Minor Engaged In Sexually Explicit Conduct; 18 U.S.C. § 2253 – Criminal Forfeiture |
| v. | |
| SCOTT MATTHEW TRISCHLER, | |
| Defendant. | |

## INDICTMENT

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor and Attempt]

The Grand Jury charges: T H A T

SCOTT MATTHEW TRISCHLER,

defendant herein, on dates between approximately December 1, 2017, and March 28, 2018, in Madera County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, and enticed a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any

means, including by computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2422(b) – Enticement and Attempt]

The Grand Jury further charges: T H A T

SCOTT MATTHEW TRISCHLER,

defendant herein, on dates between approximately December 1, 2017, and March 28, 2018, in Madera County, within the State and Eastern District of California, and elsewhere, knowingly used any facility or means of interstate or foreign commerce to knowingly persuade, induce, or entice a minor to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, all in violation of Title 18, United States Code, Sections 2422(b).

COUNT THREE: [18 U.S.C. § 2252(a)(2) – Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

SCOTT MATTHEW TRISCHLER,

defendant herein, on dates between approximately December 1, 2017, and March 28, 2018, within the State and Northern District of Indiana, and elsewhere, and through the use of the internet and/or cellular phone networks did knowingly receive from an individual within the State and Eastern District of California at least one visual depiction, the producing of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, and which depiction had been shipped or transported in or affecting interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant SCOTT MATTHEW TRISCHLER, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in

violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property including but not limited to the following:

    (a) Black Asus Computer Tower with Power Cord - Serial Number 126515429704;

    (b) Azza computer tower with power cord - S/N 17707/AB2128-518; and

    (c) Samsung Galaxy S9 (SM-G950U) - IMEI 35833008080802803

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

                                A TRUE BILL.

                                /s/ Signature on file w/AUSA

                              _____

                              FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By **KIRK E. SHERRIFF**
_____
·Kirk E. Sherriff
Assistant U.S. Attorney
Chief, Fresno Office

No. _____

UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**
FEB 14 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

THE UNITED STATES OF AMERICA

*vs.*

**SCOTT MATTHEW TRISCHLER**

1: 1 9 CR - 0 0 0 2 4 LJO SKO

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation Of A Minor And Attempt; 18 U.S.C. § 2422(b) – Enticement And Attempt; 18 U.S.C. § 2252(a)(2) – Receipt Of A Visual Depiction Of A Minor Engaged In Sexually Explicit Conduct; 18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*

/s/

*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

Bail, $ ___ **NO BAIL WARRANT**

[signature]

GPO 863 525